ELLA TREDWELL, Respondent, *v.* JONAS A. LINCOLN, Appellant.

(Argued June 1, 1891; decided June 23, 1

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 24, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Frank Moss* for appellant.

*Cephas Brainerd* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.